**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC and VLS SECURITIES LLC, | CASE NO. 2:13-CV-03085-DSF-AJW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| NELSON CHIA, | |
| Defendant. | |

    This matter having come before the Court on the complaint filed by Plaintiffs Credit Suisse Securities (USA) LLC and VLS Securities LLC (together, "Plaintiffs") seeking declaratory and preliminary and permanent injunctive relief, the Court having granted Plaintiffs' Motion for Preliminary Injunction on October 18, 2013; Defendant Nelson Chia having stated that he will not contest the imposition of declaratory relief and a permanent injunction entered against him; the Court having personal jurisdiction over the parties and subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1332; and the Court

having considered the form of Judgment lodged by Plaintiffs, and good cause appearing:

IT IS ORDERED, ADJUDGED, AND DECREED that final judgment shall be entered in favor of Plaintiffs and against Defendant as follows:

1. Defendant is permanently enjoined from proceeding in the arbitration pending before the Financial Industry Regulatory Authority, Inc. ("FINRA") entitled *Brickman et al. v. Credit Suisse Securities (USA) LLC and VLS Securities, LLC* (FINRA Arbitration No. 04094) (the "FINRA Arbitration").

2. Defendant is not Plaintiffs' customer under Rule 12200 of the FINRA Code of Arbitration Procedure with respect to Defendant's allegations in the FINRA Arbitration, and judgment shall be entered in Plaintiffs' favor on the entirety of Defendant's Cross-Complaint.

3. The FINRA Arbitration shall be withdrawn under FINRA Code of Arbitration Procedure Rule 12702(a).

4. Each party shall bear its own attorneys' fees and costs incurred in connection with this action, unless otherwise agreed.

Dated: 12/16/13

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2